UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-CV-61709-UNGARO

CHERYL WELLER,

       Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

       Defendant.
                                          /

## NOTICE OF SETTLEMENT

       Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                          RESPECTFULLY SUBMITTED,

Date: October 31, 2017                By: /s/ *John P. Murray*

                                                *Of Counsel*
                                                John P. Murray, Esq. (FL Bar No.: 975818)
                                                HYSLIP & TAYLOR, LLC, LPA
                                                2655 Lejeune Rd., Suite 700
                                                Coral Gables, FL  33134
                                                Phone: 305-779-4818
                                                Fax: 305-779-4819
                                                Email: john@johnpmurray.com
                                                Attorney for Plaintiff, Cheryl Weller

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Mark Case, Esq.
General Counsel
Receivables Performance Management, LLC
20816 4th Avenue W.
Lynnwood, WA  98036
mcase@receivablesperformance.com

/s/ John P. Murray

-2-